UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Chalfonte Properties, Inc.,

        Plaintiff,        Case No. 18-cv-10979

v.        Judith E. Levy
        United States District Judge

Seattle Specialty Insurance
Services, Inc. and Underwriters at    Mag. Judge Mona K. Majzoub
Lloyd's, London,

        Defendants.

_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

        DAVID J. WEAVER
        CLERK OF THE COURT

    By:    s/Shawna Burns
        DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE